UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STANLEY ARISTILDE,

                    Plaintiff,

        - against -

EMERY CELLI BRINCKERHOFF ABADY WARD
AND MAAZEL LLP, ET AL.,

                    Defendants.

---

25-cv-9658 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On February 11, 2026, the Court instructed the parties to appear for a telephone conference in connection with the defendants' anticipated motion to dismiss on Thursday, February 19, 2026, at 2:00 p.m. ECF No. 28. Also on February 11, 2026, the defendants moved to adjourn that conference. ECF No. 29. Accordingly, the telephone conference is adjourned until **March 5, 2026, at 2:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

The defendants are instructed to serve a copy of this order on the plaintiff and to file proof of service on the docket by **February 25, 2026.**

SO ORDERED.

Dated:    **New York, New York**
           **February 18, 2026**

                                   **John G. Koeltl**
                           **United States District Judge**